IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wade Jr, Harold G<br>Wade, Lorraine<br>Printed: 03/10/09 | Case Number: 07 B 10769<br>Judge: Hollis, Pamela S<br>Filed: 6/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 8, 2008
Confirmed: August 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 39,457.00 | |
| Secured: | | 36,802.47 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 363.00 |
| Trustee Fee: | | 2,291.53 |
| Other Funds: | | 0.00 |
| Totals: | 39,457.00 | 39,457.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 363.00 | 363.00 |
| 2. | Silverleaf Resorts Inc | Secured | 0.00 | 653.14 |
| 3. | Home Loan Services | Secured | 33,742.58 | 29,216.38 |
| 4. | ACC Consumer Finance | Secured | 17,592.77 | 4,161.36 |
| 5. | City Of Chicago | Secured | 255.03 | 119.99 |
| 6. | Home Loan Services | Secured | 32,929.24 | 2,651.60 |
| 7. | Peoples Energy Corp | Unsecured | 405.44 | 0.00 |
| 8. | ACC Consumer Finance | Unsecured | 0.00 | 0.00 |
| 9. | Stuart Allen & Associates | Unsecured | 34.48 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 62.13 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 2,564.99 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 296.46 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 276.12 | 0.00 |
| 14. | CCA | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | Collection Services Division | Unsecured | | No Claim Filed |
| 17. | Asset Acceptance | Unsecured | | No Claim Filed |
| 18. | Lewis University | Unsecured | | No Claim Filed |
| 19. | H&F Law | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | M3 Financial Services | Unsecured | | No Claim Filed |
| 22. | MRSI | Unsecured | | No Claim Filed |
| 23. | MRSI | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 26. | Macey & Aleman | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Wade Jr, Harold G
Wade, Lorraine
Printed: 03/10/09

Case Number: 07 B 10769
Judge: Hollis, Pamela S
Filed: 6/15/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. Student Loan Corp | Unsecured | | No Claim Filed |
| | | $ 88,522.24 | $ 37,165.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,341.18 |
| 6.5% | 948.94 |
| 6.6% | 1.41 |
| | $ 2,291.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: